IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| JoAnn McLaughlin, | ) | Case No. 23-13745 |
| | ) | |
| Debtor(s). | ) | Judge Thorne |

## NOTICE OF MOTION

TO:   Office of Glenn Stearns, Chapter 13 Trustee, via Electronic Court Notice
American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701
American Express National Bank, Attn: Rick Petrino Chief Operating Officer, 200 Vesey Street, New York, NY 10285

PLEASE TAKE NOTICE that on February 29, 2024 at 10:30 a.m., I will appear before the Honorable Judge Thorne, or any judge sitting in that judge's place, either in courtroom 682 of the Everett McKinley Dirksen United States Courthouse, 219 S Dearborn St., Chicago, IL 60604 **or** electronically as described below, and present the Objection to the Claim of American Express National Bank (Claim Number 12), a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by Zoom using as telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode.** The meeting ID for this hearing is 160 9362 1728 and there is no passcode. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

/s/ David H. Cutler

## CERTIFICATE OF SERVICE

I, David Cutler, certify that I served a copy of this notice and the attached motion on the Trustee via electronic Court notice and on each entity shown on the creditor listed above at the address listed above via first class US mail, proper postage prepaid on January 30, 2024.

/s/ David H. Cutler

Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| JoAnn McLaughlin, | ) | Case No. 23-13745 |
| | ) | |
| Debtor(s). | ) | Judge Thorne |

**DEBTOR'S OBJECTION TO CLAIM OF AMERICAN EXPRESS NATIONAL BANK (CLAIM NO. 12)**

NOW COMES the Debtor, JoAnn McLaughlin, by and through her attorneys, Cutler & Associates, Ltd., and in support of her Objection to the Claim of American Express National Bank (Claim No. 12), state as follows:

1. The Debtor filed her Chapter 13 Bankruptcy petition on October 13, 2023.

2. On November 27, 2023, American Express National Bank ("American Express") filed an unsecured claim in the Debtor's bankruptcy case in the amount of $520.23 allegedly owed by the Debtor to American Express. A copy of the Proof of Claim is attached as Exhibit A.

3. The Proof of Claim attaches a statement for charges incurred from December 6, 2012. No other documents show any date more recent than that date.

4. The statute of limitations for a contract in the State of Illinois is 10 years.

5. Accordingly, since the debt is older than 10 years old, the claim should be disallowed.

WHEREFORE, the Debtor prays for the following relief:

A. That this Court enter an order disallowing the claim of American Express National Bank (Claim Number 12); and

B. For such other and further relief as this Court deems equitable and just.

Respectfully Submitted,

Dated: January 30, 2024

By: /s/ David H. Cutler
One of the attorneys for the Debtor(s)

Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600